AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEROY CHISHOLM

    Petitioner,

v.

UNITED STATES OF AMERICA

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV417-125
                     CR413-007

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in Accordance with this Court's order dated July 31, 2017, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court, the petitioner, Leroy Chisholm's 28 U.S.C. 2255 Petition is denied. Petitioner is not entitled to a Certification of Appealability, rendering moot any request for in forma pauperis status on appeal. This action is to stand closed.

| | |
|---|---|
| July 31, 2017 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03